UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBDULIO JIMINEZ, | No. 2:16-cv-2558 AC P |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL MARTEL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint filed pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Both forms are incomplete because plaintiff did not sign and date his complaint, nor did he sign and date his application to proceed in forma pauperis. The fact that plaintiff and his assistant printed their respective names does not meet the requirement that plaintiff sign and date each form; the complaint form also requires the dated signature of plaintiff's assistant. Further, the in forma pauperis application is not on the form used by this district court and therefore does not provide the necessary information.

Plaintiff will be granted leave to file a new complaint, and a new application to proceed in forma pauperis – plaintiff must sign and date both forms. Additionally, plaintiff must provide a new certified copy of his prison trust account statement for the six-month period preceding the filing of his complaint.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint and application to proceed in forma pauperis (ECF Nos. 1 & 2) are dismissed without prejudice.

2. The Clerk of Court is directed to send plaintiff, together with a copy of this order, the following forms used by prisoners in this district: (1) a new complaint, and (2) a new application to proceed in forma pauperis.

3. Plaintiff shall, within thirty (30) days after the filing date of this order, file a new complaint, and a newly completed application to proceed in forma pauperis, together with a certified copy of his prison trust account statement.

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: October 31, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE